IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Petty, Vernice W | Case Number: 07 B 21129 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 4/15/08 | Filed: 11/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 48,673.23 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 6,727.24 | 0.00 |
| 5. | Capital One | Unsecured | 1,219.96 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 1,486.69 | 0.00 |
| 7. | First Performance Recr Corp | Secured | | No Claim Filed |
| 8. | LaSalle National Bank | Secured | | No Claim Filed |
| 9. | Commonwealth Edison | Unsecured | | No Claim Filed |
| | | | $ 61,107.12 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

